AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) 6:22-MJ- 7-MK |
| CHRISTOPHER DAVID GOODMAN | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of Crook in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of visual depictions of minors engaged in sexually explicit conduct and/or child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possessing or accessing with intent to view visual depictions of minors engaged in sexually explicit conduct and/or child pornography |

This criminal complaint is based on these facts:
The attached affidavit of Special Agent Clinton Lindsly, which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Clint Lindsly, per Rule 4.1
*Complainant's signature*

Clint Lindsly, SA HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:27am a.m./p.m.

Date: January 14, 2022

*Judge's signature*

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

City and state: Eugene, OR